

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2023

No. 04-23-00831-CV

**IN RE** Ulises **GALVAN** and H&V Equipment Services, Inc.

Original Mandamus Proceeding[1]

**ORDER**

In accordance with this court's opinion of this date, we conditionally grant Relators' petition for writ of mandamus.

We direct the trial court to vacate its July 25, 2023 "Order Denying Defendants' Motion for Leave to Designate a Responsible Third Party" and to grant, within fifteen days of the date of this order, Relators' motion for leave to designate an unknown person as a responsible third party.

It is so **ORDERED** on November 1, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI17977, styled *Xavier Castillo v. Ulises Galvan and H&V Equipment Services, Inc.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.